THE ATTORNEY GENERAL
OF TEXAS
ATTORNEY GENERAL


July 16, 1968

Hon. Marjorie Taber Ogle
Executive Secretary
Board of Vocational Nurse
  Examiners
1008 Sam Houston Building
Austin, Texas   78701

Opinion No. M-258

Re:  Authority of the Board of
     Vocational Nurse Examiners
     to place an additional
     charge upon candidates for
     re-examination, and to in-
     crease the application fees

Dear Mrs. Ogle:                    for reciprocity candidates.

        You have requested the opinion of this office regard-
ing the above matters.  In this connection you have provided us
with the following information:

        "H.B. 1238 passed by the 60th Legisla-
    ture, Regular Session, amended Section 9
    of the Vocational Nurse Act (Article 4528c,
    Vernon's Texas Civil Statutes) to increase
    the application and examination fee from
    $10 to $15.

        "The purpose for this increase in fee
    is to offset the additional expense of ad-
    ministering the State Board Test Pool examina-
    tion which this Board proposes beginning with
    the October, 1968 examination.  It is estimated
    that such additional expense to the agency will
    amount to at least $5 per candidate.

        "Our law as it is amended will take care
    of testing for all new candidates; however,
    we ask your opinion as to whether we would
    be authorized under the Vocational Nurse Act
    to charge an additional $5 for failures, past

- 1250 -

or future, who desire to rewrite the ex-
amination.  This type candidate requires
the same expense as would a first-time can-
didate.

"Also, we would like to know if we
would be authorized to charge a $15 applica-
tion fee for reciprocity candidates seeking
license in Texas which amount would be com-
parable to the fee charged Texas nurses.
Reciprocity applicants are not generally
required to write examination again in
Texas.  They now pay $10."

An administrative agency of the State has only the
power that is conferred upon it by the Legislature, and the
question of what may be charged by the Board is determinable
only by examination of the particular authority delegated by
the Legislature.  Section 9, Article 4528c, Vernon's Civil
Statutes, provides, in part, as follows:

"The following shall be the fees charged
by the Board under this Act:  application and
examination fee, Fifteen Dollars ($15); fee
of Ten Dollars ($10) for licensing existing
Vocational Nurses in accordance with Section
6 hereof; annual renewal fee, Two Dollars ($2);
penalty for late annual renewal fee, Two Dol-
lars ($2); fee for license by reciprocity,
Ten Dollars ($10); fee for accrediting train-
ing programs, Twenty-five Dollars ($25).

". . ."

You are therefore advised that it is the opinion
of this office that the Board does not have the authority
to charge an additional $5 for failures who desire to re-take
the examination for licensing.  However, we would point out
that if, pursuant to the power of the Board to make rules
and regulations under Section 4(b), Article 4528c, the Board
were to adopt a rule requiring a new application from persons

desiring to re-take the examination, the $15 fee required by Section 9 would be again payable.

With regard to your question concerning an increase in the application fee for reciprocity candidates seeking license in Texas, your attention is directed to the specific provisions of Section 9, supra, whereby the Legislature has adopted a $10 fee for such licensing. The Board has no authority to vary the license fee so established.

## S U M M A R Y

The various fees collectible by the Board of Vocational Nurse Examiners are established by Sec. 9, Art. 4528c, V.C.S. The Board may neither increase nor vary these established fees. The Board may, by proper rule or regulation, require a new application, together with fee, from persons desiring to re-take the professional examination.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Malcolm L. Quick
Assistant Attorney General

APPROVED:
OPINION COMMITTEE
Hawthorne Phillips, Chairman
Kerns Taylor, Co-Chairman
Fisher Tyler
Alan Minter
Richard Choate
Wardlow Lane
A. J. CARUBBI, JR.
Executive Assistant